UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANNE W. WARD,
    Plaintiff,

vs.                               CASE NO. 8:04-CIV-1172-T-17-TGW

JO ANNE BARNHART,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Thomas G. Wilson on September 7, 2005 (Docket No. 21).  The magistrate judge recommended that the Court should find that the decision of the Commissioner of Social Security should be reversed and the matter should be remanded for further consideration.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc).  No objections to the report and recommendation have been filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990).

CASE NO. 8:04-CIV-1172-T-17

However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

    The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

    **ORDERED** that the report and recommendation, dated September 7, 2005 (Docket No. 21) be **adopted** and **incorporated by reference**; the Court finds that the decision of the Commissioner of Social Security should be **reversed** and the matter should be **remanded** for further consideration. The Clerk of Court is directed to remand this case for further proceedings; to close the case, and to terminate any pending motions.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 23rd day of September, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge